**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Brooke McCalister        BK NO. 25-01874 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
15 Jul 2025, 12:13:17, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: c473ac4213f3d6ce0575a942e9b62c42bf29b61c597b8b055c28b0b96ffabcea
Case 1:25-bk-01874-HWV    Doc 9    Filed 07/15/25    Entered 07/15/25 17:05:38    Desc
Main Document     Page 1 of 1