


**Axiom Staffing Group, Inc**

Greencastle (508) branch

528 North Antrim Way
Greencastle, PA 17225

717-643-1086

# Earnings Statement

**Allowances:** Federal-Single $0.00 Pennsylvania 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pay | Net Pay | YTD Gross | YTD Net |
|---|---|---|---|---|---|---|---|---|
| BROOKE E MCCALISTER<br>8 OSPREY WAY<br>SHIPPENSBURG, PA 17257 | 912427 | xxx-xx-6766 | 7/3/2025 | 3283401 | $470.00 | $393.55 | $470.00 | $393.55 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT Rate | D Hrs | Salary | Units | U Rate | TotalPay | Site ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION MANAGEMENT | 256264 | | 6/22/2025 | 6/28/2025 | 23.50 | Reg | $20.00 | 23.50 | $30.00 | 0.00 | $40.00 | 0.00 | $0.00 | 0.00 | $0.00 | $470.00 | 34840 |

## Taxes and adjustments

| Tax Type | Taxable | Tax |
|---|---|---|
| EFica | $470.00 | $29.14 |
| EMed | $470.00 | $6.82 |
| LSTM210575 | $470.00 | $1.00 |
| PAEEUN | $470.00 | $0.33 |
| PANA | $470.00 | $14.43 |
| USS | $470.00 | $18.15 |
| XPAS357901 | $470.00 | $2.35 |
| YPAHO32180 | $470.00 | $4.23 |
| Total: | | $76.45 |

| Adj Type | Benefit | Amount |
|---|---|---|
| Total: | | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| Total: | | | | |

## Tax and adjustment YTD totals

| Tax Type | YTD Taxable | YTD Tax |
|---|---|---|
| Employee Portion Medicare tax | $470.00 | $6.82 |
| Employee Portion Social Security tax | $470.00 | $29.14 |
| Federal-Single | $470.00 | $18.15 |
| NORTH MIDDLETON TWP LST | $470.00 | $1.00 |
| PA Employee paid Unemployment | $470.00 | $0.33 |
| PASD21800 | $470.00 | $4.23 |
| Pennsylvania | $470.00 | $14.43 |
| SOUTHAMPTON TOWNSHIP PA | $470.00 | $2.35 |
| Total: | | $76.45 |

| Adj Type | YTD Benefit | YTD Total |
|---|---|---|
| Total: | | |




**Axiom Staffing Group, Inc**

Greencastle (508) branch

528 North Antrim Way
Greencastle, PA 17225

717-643-1086

# Earnings Statement

**Allowances:** Federal-Single $0.00 Pennsylvania 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pay | Net Pay | YTD Gross | YTD Net |
|---|---|---|---|---|---|---|---|---|
| BROOKE E MCCALISTER<br>8 OSPREY WAY<br>SHIPPENSBURG, PA 17257 | 912427 | xxx-xx-6766 | 7/10/2025 | 3284497 | $470.00 | $393.56 | $940.00 | $787.11 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT Rate | D Hrs | Salary | Units | U Rate | TotalPay | Site ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION MANAGEMENT | 256264 | | 6/29/2025 | 7/5/2025 | 23.50 | Reg | $20.00 | 23.50 | $30.00 | 0.00 | $40.00 | 0.00 | $0.00 | 0.00 | $0.00 | $470.00 | 34840 |

## Taxes and adjustments

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount |
|---|---|---|---|---|---|
| EFica | $470.00 | $29.14 | Total: | | |
| EMed | $470.00 | $6.81 | | | |
| LSTM210575 | $470.00 | $1.00 | | | |
| PAEEUN | $470.00 | $0.33 | | | |
| PANA | $470.00 | $14.43 | | | |
| USS | $470.00 | $18.15 | | | |
| XPAS357901 | $470.00 | $2.35 | | | |
| YPAHO32180 | $470.00 | $4.23 | | | |
| Total: | | $76.44 | | | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| Total: | | | | |

## Tax and adjustment YTD totals

| Tax Type | YTD Taxable | YTD Tax | Adj Type | YTD Benefit | YTD Total |
|---|---|---|---|---|---|
| Employee Portion Medicare tax | $940.00 | $13.63 | Total: | | |
| Employee Portion Social Security tax | $940.00 | $58.28 | | | |
| Federal-Single | $940.00 | $36.30 | | | |
| NORTH MIDDLETON TWP LST | $940.00 | $2.00 | | | |
| PA Employee paid Unemployment | $940.00 | $0.66 | | | |
| PASD21800 | $940.00 | $8.46 | | | |
| Pennsylvania | $940.00 | $28.86 | | | |
| SOUTHAMPTON TOWNSHIP PA | $940.00 | $4.70 | | | |
| Total: | | $152.89 | | | |



generated 8/8/2025 8:56:56 AM by user:




**Axiom Staffing Group, Inc**

Greencastle (508) branch

528 North Antrim Way
Greencastle, PA 17225

717-643-1086

# Earnings Statement

**Allowances:** Federal-Single $0.00 Pennsylvania 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pay | Net Pay | YTD Gross | YTD Net |
|---|---|---|---|---|---|---|---|---|
| BROOKE E MCCALISTER<br>8 OSPREY WAY<br>SHIPPENSBURG, PA 17257 | 912427 | xxx-xx-6766 | 7/17/2025 | 3285820 | $640.00 | $523.38 | $1,580.00 | $1,310.49 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT Rate | D Hrs | Salary | Units | U Rate | TotalPay | Site ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION MANAGEMENT | 256264 | | 7/6/2025 | 7/12/2025 | 32.00 | Reg | $20.00 | 32.00 | $30.00 | 0.00 | $40.00 | 0.00 | $0.00 | 0.00 | $0.00 | $640.00 | 34840 |

## Taxes and adjustments

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount |
|---|---|---|---|---|---|
| EFica | $640.00 | $39.68 | Total: | | |
| EMed | $640.00 | $9.28 | | | |
| LSTM210575 | $640.00 | $1.00 | | | |
| PAEEUN | $640.00 | $0.45 | | | |
| PANA | $640.00 | $19.65 | | | |
| USS | $640.00 | $37.60 | | | |
| XPAS357901 | $640.00 | $3.20 | | | |
| YPAHO32180 | $640.00 | $5.76 | | | |
| Total: | | $116.62 | | | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| Total: | | | | |

## Tax and adjustment YTD totals

| Tax Type | YTD Taxable | YTD Tax | Adj Type | YTD Benefit | YTD Total |
|---|---|---|---|---|---|
| Employee Portion Medicare tax | $1,580.00 | $22.91 | Total: | | |
| Employee Portion Social Security tax | $1,580.00 | $97.96 | | | |
| Federal-Single | $1,580.00 | $73.90 | | | |
| NORTH MIDDLETON TWP LST | $1,580.00 | $3.00 | | | |
| PA Employee paid Unemployment | $1,580.00 | $1.11 | | | |
| PASD21800 | $1,580.00 | $14.22 | | | |
| Pennsylvania | $1,580.00 | $48.51 | | | |
| SOUTHAMPTON TOWNSHIP PA | $1,580.00 | $7.90 | | | |
| Total: | | $269.51 | | | |



generated 8/8/2025 8:58:28 AM by user:




**Axiom Staffing Group, Inc**

Greencastle (508) branch

528 North Antrim Way
Greencastle, PA 17225

717-643-1086

# Earnings Statement

**Allowances:** Federal-Single $0.00 Pennsylvania 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pay | Net Pay | YTD Gross | YTD Net |
|---|---|---|---|---|---|---|---|---|
| BROOKE E MCCALISTER<br>8 OSPREY WAY<br>SHIPPENSBURG, PA 17257 | 912427 | xxx-xx-6766 | 7/31/2025 | 3288480 | $780.00 | $629.51 | $2,940.00 | $2,417.90 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT Rate | D Hrs | Salary | Units | U Rate | TotalPay | Site ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION MANAGEMENT | 256264 | | 7/20/2025 | 7/26/2025 | 39.00 | Reg | $20.00 | 39.00 | $30.00 | 0.00 | $40.00 | 0.00 | $0.00 | 0.00 | $0.00 | $780.00 | 34840 |

## Taxes and adjustments

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount |
|---|---|---|---|---|---|
| EFica | $780.00 | $48.36 | Total: | | |
| EMed | $780.00 | $11.31 | | | |
| LSTM210575 | $780.00 | $1.00 | | | |
| PAEEUN | $780.00 | $0.55 | | | |
| PANA | $780.00 | $23.95 | | | |
| USS | $780.00 | $54.40 | | | |
| XPAS357901 | $780.00 | $3.90 | | | |
| YPAHO32180 | $780.00 | $7.02 | | | |
| Total: | | $150.49 | | | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| Total: | | | | |

## Tax and adjustment YTD totals

| Tax Type | YTD Taxable | YTD Tax | Adj Type | YTD Benefit | YTD Total |
|---|---|---|---|---|---|
| Employee Portion Medicare tax | $2,940.00 | $42.63 | Total: | | |
| Employee Portion Social Security tax | $2,940.00 | $182.28 | | | |
| Federal-Single | $2,940.00 | $158.70 | | | |
| NORTH MIDDLETON TWP LST | $2,940.00 | $5.00 | | | |
| PA Employee paid Unemployment | $2,940.00 | $2.06 | | | |
| PASD21800 | $2,940.00 | $26.46 | | | |
| Pennsylvania | $2,940.00 | $90.27 | | | |
| SOUTHAMPTON TOWNSHIP PA | $2,940.00 | $14.70 | | | |
| Total: | | $522.10 | | | |



generated 8/8/2025 9:04:39 AM by user:




**Axiom Staffing Group, Inc**

Greencastle (508) branch

528 North Antrim Way
Greencastle, PA 17225

717-643-1086

# Earnings Statement

**Allowances:** Federal-Single $0.00 Pennsylvania 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pay | Net Pay | YTD Gross | YTD Net |
|---|---|---|---|---|---|---|---|---|
| BROOKE E MCCALISTER<br>8 OSPREY WAY<br>SHIPPENSBURG, PA 17257 | 912427 | xxx-xx-6766 | 7/31/2025 | 3288480 | $780.00 | $629.51 | $2,940.00 | $2,417.90 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT Rate | D Hrs | Salary | Units | U Rate | TotalPay | Site ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION MANAGEMENT | 256264 | | 7/20/2025 | 7/26/2025 | 39.00 | Reg | $20.00 | 39.00 | $30.00 | 0.00 | $40.00 | 0.00 | $0.00 | 0.00 | $0.00 | $780.00 | 34840 |

## Taxes and adjustments

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount |
|---|---|---|---|---|---|
| EFica | $780.00 | $48.36 | Total: | | |
| EMed | $780.00 | $11.31 | | | |
| LSTM210575 | $780.00 | $1.00 | | | |
| PAEEUN | $780.00 | $0.55 | | | |
| PANA | $780.00 | $23.95 | | | |
| USS | $780.00 | $54.40 | | | |
| XPAS357901 | $780.00 | $3.90 | | | |
| YPAHO32180 | $780.00 | $7.02 | | | |
| Total: | | $150.49 | | | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| Total: | | | | |

## Tax and adjustment YTD totals

| Tax Type | YTD Taxable | YTD Tax | Adj Type | YTD Benefit | YTD Total |
|---|---|---|---|---|---|
| Employee Portion Medicare tax | $2,940.00 | $42.63 | Total: | | |
| Employee Portion Social Security tax | $2,940.00 | $182.28 | | | |
| Federal-Single | $2,940.00 | $158.70 | | | |
| NORTH MIDDLETON TWP LST | $2,940.00 | $5.00 | | | |
| PA Employee paid Unemployment | $2,940.00 | $2.06 | | | |
| PASD21800 | $2,940.00 | $26.46 | | | |
| Pennsylvania | $2,940.00 | $90.27 | | | |
| SOUTHAMPTON TOWNSHIP PA | $2,940.00 | $14.70 | | | |
| Total: | | $522.10 | | | |



**Axiom Staffing Group, Inc**

Greencastle (508) branch

528 North Antrim Way
Greencastle, PA 17225

717-643-1086

# Earnings Statement

**Allowances:** Federal-Single $0.00 Pennsylvania 0

| Employee | Employee ID | SSN | Check Date | Check Number | Gross Pay | Net Pay | YTD Gross | YTD Net |
|---|---|---|---|---|---|---|---|---|
| BROOKE E MCCALISTER<br>8 OSPREY WAY<br>SHIPPENSBURG, PA 17257 | 912427 | xxx-xx-6766 | 8/7/2025 | 3289909 | $765.00 | $618.14 | $3,705.00 | $3,036.04 |

| Customer | Asg# | Date Work | Start | End | T Hrs | Type | Rate | Hrs | OT Rate | O Hrs | DT Rate | D Hrs | Salary | Units | U Rate | TotalPay | Site ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION MANAGEMENT | 256264 | | 7/27/2025 | 8/2/2025 | 38.25 | Reg | $20.00 | 38.25 | $30.00 | 0.00 | $40.00 | 0.00 | $0.00 | 0.00 | $0.00 | $765.00 | 34840 |

## Taxes and adjustments

| Tax Type | Taxable | Tax | Adj Type | Benefit | Amount |
|---|---|---|---|---|---|
| EFica | $765.00 | $47.43 | Total: | | |
| EMed | $765.00 | $11.09 | | | |
| LSTM210575 | $765.00 | $1.00 | | | |
| PAEEUN | $765.00 | $0.53 | | | |
| PANA | $765.00 | $23.49 | | | |
| USS | $765.00 | $52.60 | | | |
| XPAS357901 | $765.00 | $3.83 | | | |
| YPAHO32180 | $765.00 | $6.89 | | | |
| Total: | | $146.86 | | | |

## Accruals

| Accrual | Amount | Balance | Eligible | Available |
|---|---|---|---|---|
| Total: | | | | |

## Tax and adjustment YTD totals

| Tax Type | YTD Taxable | YTD Tax | Adj Type | YTD Benefit | YTD Total |
|---|---|---|---|---|---|
| Employee Portion Medicare tax | $3,705.00 | $53.72 | Total: | | |
| Employee Portion Social Security tax | $3,705.00 | $229.71 | | | |
| Federal-Single | $3,705.00 | $211.30 | | | |
| NORTH MIDDLETON TWP LST | $3,705.00 | $6.00 | | | |
| PA Employee paid Unemployment | $3,705.00 | $2.59 | | | |
| PASD21800 | $3,705.00 | $33.35 | | | |
| Pennsylvania | $3,705.00 | $113.76 | | | |
| SOUTHAMPTON TOWNSHIP PA | $3,705.00 | $18.53 | | | |
| Total: | | $668.96 | | | |