UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** Brooke McCalister,      **Bankruptcy No.** 1:25-bk-01874-HWV
          **Debtor**      **Chapter 13**

### CERTIFICATE OF SERVICE

I, Brenna H. Mendelsohn, hereby certify that on this 22nd day of September 2025, I served, or caused to be served, a true and correct copy of the Amended Chapter 13 Plan upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

Respectfully Submitted,

Dated: September 22, 2025     By:    /s/ *Brenna H. Mendelsohn*
                                                Brenna H. Mendelsohn, Esquire

Attachment [handwritten]

Label Matrix for local noticing
0314-1
Case 1:25-bk-01874-HWV
Middle District of Pennsylvania
Harrisburg
Mon Sep 22 14:32:04 EDT 2025

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362-3888

Bureau of Account Managment
Attn: Bankruptcy
3607 Rosemont Ave, Ste 502, Pob 8875
Camp Hill, PA 17001-8875

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

(p)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Brenna H. Mendelsohn
Mendelsohn and Mendelsohn, PC
637 Walnut Street
Reading, PA 19601-3524

Brooke McCalister
8 Osprey Way
Shippensburg, PA 17257-8260

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618

Easy Pay/Duvera Collections
Attn: Bankruptcy
Po Box 2549
Carlsbad, CA 92018

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105

Jack N Zaharopoulos
(Standing Chapter 13
Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.