**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re: Brooke McCalister        :       **Chapter 13**
         **Debtor**           :
                 :       **Bankruptcy No.** 1:25-bk-01874-HWV

## CERTIFICATE OF NO RESPONSE

I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Brooke McCalister, Chapter 13  Debtors, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Application for Compensation and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

Respectfully submitted,

3/24/2026

/s/ Brenna H. Mendelsohn
Brenna H.Mendelsohn, Esquire
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street