**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BROOKE MCCALISTER, | : | |
| Debtor | : | CASE NO. 1:25-BK-01874-HWV |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| | : | |
| vs | : | |
| | : | |
| BROOKE MCCALISTER, | : | |
| Respondent | : | |

## <u>CERTIFICATE OF DEFAULT</u>

AND NOW, on March 26, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee

for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire,

and certifies that on February 18, 2026, the Court issued an Order directing Debtor to file an

amended plan in thirty (30) days. As of March 26, 2026, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: March 26, 2026,

Respectfully submitted,

<u>/s/ Douglas R Roeder, Esquire</u>
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

# CERTIFICATE OF SERVICE

AND NOW, on March 26, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

Served Electronically
BRENNA MENDELSOHN, ESQUIRE
637 WALNUT STREET
READING, PA 19601-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102


Served by 1st Class Mail
BROOKE MCCALISTER
8 Osprey Way
Shippensburg, PA 17257


/s/Ashley Schott
Ashley Schott,
For Jack N. Zaharopoulos
Standing Chapter 13 Trustee