United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 25-01874-HWV

Brooke McCalister                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                              Page 1 of 2

Date Rcvd: Mar 26, 2026                      Form ID: pdf010                              Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Brooke McCalister, 8 Osprey Way, Shippensburg, PA 17257-8260 |
| 5768519 | + | AmeriHome Mortgage Company, LLC, SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |
| 5768520 | + | AmeriHome Mortgage Company, LLC, SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096, AmeriHome Mortgage Company, LLC SERVICEMAC, LLC as Servicer 30096-9377 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5724508 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Mar 26 2026 18:55:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 5724509 | + | Email/Text: Bankruptcy@BAMcollections.com | Mar 26 2026 18:55:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 5738142 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 26 2026 18:55:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5724510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 19:00:50 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5726237 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 19:00:50 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5724511 | | Email/Text: operationsclerk@easypayfinance.com | Mar 26 2026 18:55:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 5733178 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 19:00:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5724512 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2026 18:55:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5724513 | | Email/Text: ProsperBK@prosper.com | Mar 26 2026 18:55:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026             Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brenna H. Mendelsohn | on behalf of Debtor 1 Brooke McCalister Tobykmendelsohn@comcast.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| BROOKE MCCALISTER, | : | |
| | : | CASE NO. 1:25-bk-01874-HWV |
| Debtor. | : | |

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 48, and the Court's

February 18, 2026 Order, Doc. 44, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of

this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 26, 2026